**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.:  (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>OAKLAND VENUE</u> |
| Plaintiff, | **CR No. 4:14-CR-00029-YGR** |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| DELVIN BUTLER, | **FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE TO ALLOW DEFENDANT TO ATTEND HIS DAUGHTER'S SURGERY AND TO GET HAIRCUTS.** |
| Defendant. | |

Defendant Delvin Butler, through his attorney, Robert Byers, and the United States, through its attorney, Special Assistant U.S. Attorney Manish Kumar, hereby stipulate, and good cause appearing, the Court hereby orders:

1.  Defendant Delvin Butler be allowed to attend the surgery and post-surgery recovery of his daughter, ███████, on March 28, 2014, at Kaiser Hospital, Oakland, California. The precise time of the surgery has not been determined, however more detailed information regarding the time of surgery is generally provided by phone the evening prior. It is estimated that a window of approximately 8 hours will permit Mr. Butler adequate time to support his daughter during this medical procedure. Mr. Butler must return to his residence within nine hours.

2.  Defendant  be allowed to travel to KJ's Barber & Hair Creations located at 22126 Mission Boulevard, Hayward, Ca, for the purposes of getting his hair cut once a month, provided he obtains permission from Pretrial Services at least 72 hours before any such hair appointment.

3.  Pretrial Services Officer Anthony Granados was consulted on this matter and does not oppose the defendant's attendance to his daughter's surgery and monthly haircuts with proper notice.

4.  The defendant shall abide by all other conditions of his pretrial release, including electronic monitoring during the time of his of his daughter's hospital visit, and during haircuts as approved by Pretrial Services.

**IT IS SO STIPULATED.**

DATED: March 27, 2014                        _____/s/_____

                                            ROBERT D. BYERS
                                            Counsel for Delvin Butler


DATED: March 27, 2014                        _____/s/_____

                                            Manish Kumar
                                            Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:_ 3/27/14_____                     _Kandis Westmore_____

                                            United States Magistrate