MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MANISH KUMAR (CABN 269493)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: manish.kumar2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:14-00029 YGR |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL** |
| ) | AND ORDER |
| v. ) | |
| ) | |
| DELVIN BUTLER, ) | |
| ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves to vacate the July 28, 2014 evidentiary hearing.

DATED: July 25, 2014                                        Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

                                                            /s/ MANISH KUMAR
                                                            Special Assistant U.S. Attorney

//

//

NOTICE OF DISMISSAL
CR 14-00029 YGR

1    Leave is granted to the government to dismiss the indictment, and the July 28, 2014 evidentiary
2 hearing is vacated.

4 DATED: July 25, 2014

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

NOTICE OF DISMISSAL
CR 14-00029 YGR